An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAUNA GREIKA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63565

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported decision of the district court denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

The documents before this court indicate that no petition was filed in the district court. Consequently, no decision, oral or written, had been made on the petition when appellant filed her appeal on July 8, 2013. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26548

cc: Hon. Douglas W. Herndon, District Judge
Shauna Greika
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk